## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS - PEORIA DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) ) ) |
| *Plaintiff,* | ) ) ) No.: 1:23-cv-01211-JES-JEH |
| v. | ) ) |
| WALMART, INC., | ) ) |
| *Defendant.* | ) ) ) |

### NATIONWIDE'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

NOW COMES the Plaintiff, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY ("Nationwide"), by and through its attorneys, Peter G. Syregelas and Haley M. Loutfy of Lindsay, Pickett & Postel, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives this Honorable Court its Notice of Dismissal, without prejudice, as Nationwide and Defendant Walmart, Inc. entered into a tolling agreement effective September 8, 2023, and this case no longer presents a current case or controversy between the parties.

                                                Respectfully submitted,
                                                **LINDSAY, PICKETT & POSTEL, LLC**

                                                By: /s/ *Peter G. Syregelas*
                                                One of the attorneys for Plaintiff Nationwide

Peter G. Syregelas
ARDC No.: 6290882
psyregelas@lpplawfirm.com
Haley M. Loutfy
ARDC No.: 6330052
hloutfy@lpplawfirm.com
**LINDSAY, PICKETT & POSTEL, LLC**
200 W. Madison St., Suite 3850
Chicago, Illinois 60606